FLETCHER, *Plaintiff in Error* v. KEYTE *et al.*

**Forcible Entry and Detainer.** A complaint in an action for forcible entry and detainer before a justice of the peace, not verified by affidavit, is insufficient and does not give the justice jurisdiction to try the case.

*Error to Macon Court of Common Pleas.*—HON. WILLIAM A. GUYSELMAN, Judge.

*E. A. Fletcher* and *J. L. Berry* for plaintiff in error.

*B. G. Barrow* and *Gillstrap & Matthews* for defendants in error.

SHERWOOD, C. J.—Action for forcible entry and detainer. Complaint insufficient because not verified by affidavit. (1 W. S., 643, § 6). The justice, therefore, never acquired jurisdiction; no more did the court of common pleas. As the judgment of that court, however, went for the defendants, we affirm the judgment. All concur.

AFFIRMED.